No. 75–5218. KOHLER v. SANDSTROM, CORRECTIONS DIRECTOR. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 75–5221. STURGEON v. DOUGLAS. C. A. 8th Cir. Certiorari denied.

No. 75–5224. CHAPMAN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 75–5226. ANTHONY v. VINCENT, CORRECTIONAL SUPERINTENDENT. C. A. 2d Cir. Certiorari denied.

No. 75–5234. MARTINEZ-LOPEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 75–5235. ROJAS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 75–5236. ROBSON v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 75–5237. WORD, AKA HURD v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 75–5240. HOLLAND v. PERINI. C. A. 6th Cir. Certiorari denied.

No. 75–5247. METOYER v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 75–5250. ALLUMS ET AL. v. CALIFORNIA; HICKOX v. CALIFORNIA; and MARTIN v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.